People ex rel. Spencer v Annucci (2023 NY Slip Op 04903)

People ex rel. Spencer v Annucci

2023 NY Slip Op 04903

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, AND OGDEN, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (54/23) KAH 21-01768.

[*1]THE PEOPLE OF THE STATE OF NEW YORK EX REL. SALEEM SPENCER, PETITIONER-APPELLANT, 
v
ANTHONY J. ANNUCCI, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION PAROLE, RESPONDENT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.